UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| MONICA ESTILETTE AND<br>DONALD ESTILETTE | * * * | CIVIL ACTION NO: |
| VERSUS | * * | JUDGE: |
| DOLLAR GENERAL CORPORATION<br>AND/OR DOLGENCORP, LLC | * * | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF FILING OF STATE COURT RECORD

**PURSUANT TO the provisions of 28 U.S.C. Section 1447(b),** a copy of the following pleading in the State Court proceedings entitled *"Monica Estilette and Donald Estilette v. Dollar General Corporation and/or Dolgencorp, LLC.,"* and 13-C-3695-C on the Civil Docket of 27th Judicial District Court for the Parish of St. Landry, State of Louisiana, is hereby submitted for filing into the record of these proceedings.

1. Petition for Damages and Citation.

| CERTIFICATE OF SERVICE | Respectfully Submitted, |
|---|---|
| I hereby certify that a copy of the above has been served on all counsel of record via facsimile, hand delivery, and/or by depositing same in the United States Mail, postage pre-paid and properly addressed as indicated below.<br><br>Jonathan C. Vidrine<br>West & Vidrine<br>510 West Magnolia<br>P.O. Box 1019<br>Ville Platte, LA 70586<br><br>This, the 4 September 2013.<br><br>_____s:// Sean P. Mount_____ | HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.<br><br>BY: _s:// Sean P. Mount_____<br>DOMINIC J. OVELLA, #15030 – T.A.<br>dovella@hmhlp.com<br>SEAN P. MOUNT, #27584<br>smount@hmhlp.com<br>JASON M. BAER, #31609<br>jbaer@hmhlp.com<br>One Galleria Boulevard, Suite 1400<br>Metairie, Louisiana 70001<br>Telephone: (504) 836-6500<br>Counsel for Defendants, Dolgencorp, LLC and Dollar General Corporation |