## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

Estilette, et al                                                       Civil Action No. 13-cv-02602

versus                                                          Magistrate Judge Carol B. Whitehurst

Dollar General Corp.

## JUDGMENT OF DISMISSAL

The Court having been notified that the parties in this matter have reached an amicable resolution through settlement,

**IT IS ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty (60) days of entry of this judgment.

The Court retains jurisdiction over the settlement of this action under <u>Kokkonen v. Guardian Life</u>, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**THUS DONE AND SIGNED** on this 23rd day of September, 2015 in Lafayette, Louisiana.

*[signature]*

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**